UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                                               :

KABAS KRASNICI, SR,
                                 Plaintiff,

                  -v-

JP MORGAN CHASE & CO., *et al.*,

                              Defendants.
------------------------------------------------------------------
                                               X

1:26-cv-1656-GHW

ORDER DENYING IFP
APPLICATION

GREGORY H. WOODS, United States District Judge:

Leave to proceed in this Court without prepayment of fees is denied because Plaintiff's amended *in forma pauperis* ("IFP") application, Dkt. No. 17, does not establish that he is unable to pay the fees and because Plaintiff failed to comply with the Court's April 3, 2026 order, Dkt. No. 16, directing him to fully complete any amended application. *See* 28 U.S.C. § 1915(a)(1). First, Plaintiff did not comply with the Court's April 3, 2026 order directing him to fully complete any amended IFP application because Plaintiff did not complete questions two or three. Dkt. No. 17 at 3.

Second, Plaintiff's amended application does not establish that he is unable to pay the fee because Plaintiff does not explain how he pays $1,000 a month in expenses while reporting no source of income. *Id.* at 6. Accordingly, Plaintiff is directed, within 30 days of the date of this order, either (1) to pay $405.00 in fees—a $350.00 filing fee and a $55.00 administrative fee;[1] or (2) to fully complete the long-form IFP application, answering all questions and providing complete

---

[1] Payment of the fees can be mailed to the following address: United States District Court for the Southern District of New York, Cashiers-Room 260, 500 Pearl Street, New York, NY 10007. Payment by mail must (1) be made by money order or certified check; (2) be made payable to: Clerk, USDC, SDNY; and (3) include the docket number listed above. Personal checks are not accepted. Payment of the fees also can be made in person at the courthouse by credit card, money order, certified check, or cash. Wiring instructions are available by calling (212) 805-0600.

information showing that Plaintiff is unable to pay such fees.   If Plaintiff fails to comply with this

order within the time allowed, the action will be dismissed without prejudice.

      SO ORDERED.

Dated:  April 21, 2026
        New York, New York

                                  GREGORY H. WOODS
                            United States District Judge