USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X
                           :

KABAS KRASNICI, SR,
                         Plaintiff,

            -v-

JP MORGAN CHASE & CO., *et al.*,

                   Defendants.
----------------------------------------------------------------- X

1:26-cv-1656-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On February 27, 2026, Plaintiff, who is proceeding *pro se*, filed this action asserting that Defendants have "depriv[ed] [him] of dominion, control, and beneficial enjoyment of" what he asserts is approximately $10 billion worth of securities.   Dkt. No. 1 at 6.   Because Plaintiff had neither paid the Court's filing fees nor submitted an application to proceed *in forma pauperis* ("IFP"), on March 2, 2026, Chief Judge Laura T. Swain, to whom this case was then assigned, ordered that Plaintiff must either pay the Court's filing fees or submit an IFP application within thirty days.   Dkt. No. 6.   In her March 2, 2026 order, Chief Judge Swain warned Plaintiff that if he "fail[ed] to comply with th[e] order within the time allowed . . . the action will be dismissed without prejudice. *Id.* at 2.   On March 27, 2026, Plaintiff submitted an IFP application, Dkt. No. 11, which he amended on April 1, 2026, Dkt. No. 13.   On April 3, 2026, this case was reassigned to this Court— at that time, Plaintiff's April 1, 2026 IFP application remained pending.

That same day, the Court denied Plaintiff's amended IFP application because, as the Court explained in the April 3, 2026 order, Plaintiff's application "does not establish that he is unable to pay the fees."   Dkt. No. 16.   In the April 2, 2026 order, the Court directed Plaintiff to "within 30 days of the date of th[e] order, either (1) to pay $405.00 in fees—a $350.00 filing fee and a $55.00

administrative fee; or (2) to fully complete the long-form IFP application, answering all questions and providing complete information showing that Plaintiff is unable to pay such fees." *Id.* The Court warned Plaintiff that if he "fail[ed] to comply with th[e April 3, 2026] order . . . the action will be dismissed without prejudice." *Id.*

Plaintiff filed a second amended IFP application on April 20, 2026. Dkt. No. 17. The next day, the Court denied Plaintiff's second amended IFP application because the application "does not establish that he is unable to pay the fees and because Plaintiff failed to comply with the Court's April 3, 2026 order . . . directing him to fully complete any amended application." Dkt. No. 18 (citing 28 U.S.C. § 1915(a)(1)). The Court explained that Plaintiff did not complete all of the questions and that Plaintiff failed to explain "how he pays $1,000 a month in expenses while reporting no source of income. *Id.* (citing Dkt. No. 17 at 3, 6). Given Plaintiff's *pro se* status, the Court afforded Plaintiff a third opportunity to proceed with this case, directing him that "within 30 days of the date of this order," he must either pay the filing fees, or fully complete a third amended long-form IFP application. *Id.* The Court once again warned Plaintiff that failure "to comply with this order within the time allowed" would result in dismissal of his case without prejudice. *Id.*

As of the date of this order, Plaintiff has neither paid the filing fees nor submitted an amended IFP application. Accordingly, this case is dismissed without prejudice to refiling. *See* 28 U.S.C. §§ 1914, 1915. The Court certifies, pursuant to 20 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to terminate all pending motions and to close this case.

SO ORDERED.

Dated: May 22, 2026
      New York, New York

                                          GREGORY H. WOODS
                                  United States District Judge